UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARY CHOI-AMUNDSON,

        Plaintiff,

vs.

GEORGE ZATARAIN,

        Defendant.
_____/

Case No. 3:10-cv-00095-RCJ-VPC

**ORDER TO REMAND CASE TO DISTRICT COURT**

    COMES NOW Plaintiff, MARY CHOI-AMUNDSON, by and through her attorney of record, KEVIN KARP, ESQ. and Defendant, GEORGE ZATARAIN, by and through his attorney of record, KENNETH MCKENNA, ESQ., and hereby stipulate and agree that the above captioned case be remanded to the Second Judicial District Court of the State of Nevada. Plaintiff filed her Second Amended Complaint on February 2, 2011, pursuant to the Court's Order. Plaintiff's causes of action include Battery and Intentional Infliction of Emotional Distress.

///

///

///

///

Therefore the parties hereby stipulate and agree there having been no federal claims pled in the amended complaint and no diversity between the parties (28 USC § 1367 (c)(3)), that this matter shall be remanded to the District Court.

ORDER

IT IS SO ORDERED.

DATED: This 23rd day of May, 2011.

_____
Robert C. Jones
Chief United States District Judge